

SEALED

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JAN 07 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-CR-20031 |
| | ) | |
| MARCUS McKINNEY, (Also Known As "Slim"), | ) | Title 21, United States Code, Section 841(a)(1) |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING
## INDICTMENT

### COUNT ONE
### (Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about June 20, 2024, in Sangamon County, in the Central District of Illinois,

**MARCUS McKINNEY**
**(Also Known As "Slim")**

defendant herein, knowingly distributed fifty grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT TWO
### (Possession of Methamphetamine with Intent to Distribute)

**THE GRAND JURY CHARGES:**

On or about June 26, 2024, in Sangamon County, in the Central District of Illinois,

**MARCUS McKINNEY**
**(Also Known As "Slim")**

defendant herein, knowingly possessed fifty grams or more of methamphetamine (actual), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT THREE
### (Possession of Cocaine with Intent to Distribute)

**THE GRAND JURY CHARGES:**

On or about June 26, 2024, in Sangamon County, in the Central District of Illinois,

**MARCUS McKINNEY**
**(Also Known As "Slim")**

defendant herein, knowingly possessed five hundred grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

## COUNT FOUR
### (Conspiracy to Distribute Controlled Substances)

**THE GRAND JURY CHARGES:**

1. From on or about April 6, 2023, and continuing through at least June 27, 2024, in Vermilion and Sangamon Counties, in the Central District of Illinois, and elsewhere,

## MARCUS McKINNEY
### (Also Known As "Slim")

defendant herein, did knowingly and intentionally conspire with others, both known and unknown to the grand jury, to possess with intent to distribute and to distribute Schedule I and Schedule II controlled substances, including methamphetamine, cocaine, heroin, and fentanyl, and the conspiracy resulted in serious bodily injury from the use of such substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

2. Objects of the Conspiracy

The objects of this criminal conspiracy included to obtain quantities of controlled substances, to distribute the controlled substances in exchange for money and sex acts, and to do so without detection by law enforcement authorities.

3. Means and Methods of the Conspiracy

Among the means and methods by which the conspirators conducted and participated in the criminal conspiracy are the following:

    a. McKINNEY rented residences in Danville, Illinois, from a co-conspirator for the purpose of distributing controlled substances and engaging in sex

3

acts with women to whom McKINNEY and co-conspirators distributed controlled substances;

  b. McKINNEY had co-conspirators bring women to these residences in Danville, where McKINNEY and co-conspirators distributed controlled substances to them in exchange for sex acts with McKINNEY and other individuals, as directed by McKINNEY;

  c. McKINNEY and co-conspirators at times required the women to stay at the residences for extended periods of time and continue to engage in sex acts in exchange for McKINNEY and co-conspirators continuing to provide them with controlled substances;

  d. McKINNEY at times distributed "Hot Shots," which McKINNEY represented were only cocaine and methamphetamine, but which actually also contained heroin and fentanyl, resulting in individuals suffering serious bodily injury from overdoses;

  e. McKINNEY also used other individuals to transport and distribute controlled substances, to hold controlled substances, to act as look outs, to monitor video surveillance, and to provide false information to law enforcement authorities, all to avoid detection; and

  f. After McKINNEY relocated to Springfield, Illinois, during the conspiracy, McKINNEY continued participating in the conspiracy from Sangamon County, Illinois by distributing controlled substances in Springfield, Illinois, and having co-conspirators distribute controlled substances in Danville, Illinois.

4.    Acts in Furtherance of the Conspiracy

In furtherance of the criminal conspiracy and to effect the objects thereof, in the Central District of Illinois and elsewhere and on or about the date set forth below, the defendants and others, both known and unknown to the grand jury, committed and caused to be committed acts in furtherance of the conspiracy, including, but not limited to, the following:

    a.    On or about April 15, 2023, McKINNEY distributed controlled substances in a "Hot Shot" used by Victim #1 in Danville in the Central District of Illinois, resulting in serious bodily injury to Victim #1.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## SPECIAL FINDINGS

1.    In connection with the offenses set forth in Counts One, Two, Three, and Four of this Indictment, the following factors are relevant to determining the sentence of the defendant, **MARCUS McKINNEY**, pursuant to Title 21, United States Code, Section 851.

    a.    On or about December 19, 2000, the defendant was convicted in the United States District Court for the Central District of Illinois of the offense of Distribution of Cocaine Base, Case No. 00-CR-20057, a Serious Drug Felony offense described in 18 U.S.C. § 924(e)(2), and a Felony Drug Offense described in 21 U.S.C. § 802(44), that became final prior to the defendant's violations alleged in Counts One, Two, Three, and Four of this Indictment, and as a result, the defendant (a) served a term

of imprisonment of more than 12 months; and (b) was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One, Two, Three, and Four of this Indictment.

      b.    On or about April 22, 2019, the defendant was convicted in the United States District Court for the Central District of Illinois of the offense of Distribution of Methamphetamine, Case No. 18-CR-20046, a Serious Drug Felony offense described in 18 U.S.C. § 924(e)(2), and a Felony Drug Offense described in 21 U.S.C. § 802(44), that became final prior to the defendant's violations alleged in Counts One, Two, Three, and Four of this Indictment, and as a result, the defendant (a) served a term of imprisonment of more than 12 months; and (b) was not released from imprisonment more than 15 years before the commencement of the offenses alleged in Counts One, Two, Three, and Four of this Indictment.

A TRUE BILL.

Redacted
FOREPERSON

Redacted
GREGORY M. GILMORE
Acting United States Attorney

ELM